UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JUDITH HOLTZMAN,

                Plaintiff,                ORDER

     v.                            Case No. 18-cv-488-wmc

TELEPERFORMANCE U.S.A.,

                Defendant.

---

    The court having been advised by counsel that this action has been settled, this case is hereby DISMISSED without prejudice. Any party may move to dismiss with prejudice or to reopen for good cause shown.

    Entered this 15th day of January, 2019.

                                    BY THE COURT:

                                    /s/

                                    _____

                                    WILLIAM M. CONLEY
                                    District Judge